UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CAREFREE WILLOWS, LLC,<br><br>Debtor. | **U.S. Bankruptcy Court**<br>**District of Nevada**<br>Bankruptcy Case No. 10-29932 |
| WILLOWS ACCOUNT, LLC,<br><br>Appellant,<br><br>v.<br><br>AG/ICC WILLOWS LOAN OWNER, LLC; CAREFREE WILLOWS, LLC; and UNITED STATES TRUSTEE,<br><br>Appellees. | Case No. 2:14-cv-00637-APG<br><br>Case No. 2:14-cv-00652-APG |
| CAREFREE WILLOWS, LLC,<br><br>Appellant,<br><br>v.<br><br>AG/ICC WILLOWS LOAN OWNER, LLC; and UNITED STATES TRUSTEE,<br><br>Appellees. | Case No. 2:14-cv-00654-APG<br><br>Case No. 2:14-cv-00656-APG<br><br>**ORDER ON JOINT MOTION TO TEMPORARILY STAY APPEALS** |

The Court, having considered the Joint Motion to Temporarily Stay Appeals, brought by Appellee AG/ICC Willows Loan Owner, LLC and Appellants Carefree Willows, LLC and Willows Account, LLC; and based upon the entire record in the above-captioned case; and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Joint Motion is GRANTED.

2. The above-captioned cases shall be stayed until thirty (30) days after the date of entry of this Order.

3. The deadline for filing opening briefs is extended up to and including July 11, 2014.

4. The parties shall file a joint status report with the Court within seven (7) days of expiration of the stay addressing the status of the above-referenced bankruptcy case and proposing a scheduling order to govern the above-captioned appeals.

5. The Court shall retain jurisdiction to hear and determine any matters arising from or related to the implementation or interpretation of this Order.

IT IS SO ORDERED this 5th day of June 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT

2

107615824 v2